# UNITED STATES DISTRICT COURT
for the
District of Maryland

NOV 0 2 2018

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 18-2832-SAG
)
Information associated with the Apple ID(s) )
Rona29301@gmail.com and Charbit3@hotmail.com )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the __Northern__ District of __California__, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 371; 1546 | Conspiracy; Visa Fraud |
| 18 U.S.C. §§ 1512(k), 1519 | Obstruction of Justice |
| 08 U.S.C. §§ 1324; 1324a | Harboring Aliens; Unlawful Employment of Aliens |

The application is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

James J. Jenkins, Special Agent DSS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Oct. 17, 2018

*Judge's signature*

City and state: Baltimore, MD          Stephanie A. Gallagher U.S. Magistrate Judge
*Printed name and title*